United States District Court
Southern District of Texas
**ENTERED**
June 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Ernesto Simpson, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-25-2528 |
| § | |
| PCF Properties in Texas, LLC, § | |
| § | |
| Defendant. § | |

### O R D E R

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and the Cost and Delay Reduction Plan under the Civil Justice Reform Act, this case is **REFERRED** to **United States Magistrate Judge Christina A. Bryan**.

All parties are **ORDERED** to advise the court within 20 days of the entry of this Order whether they will consent to the jurisdiction of **Magistrate Judge Christina A. Bryan** for all purposes in this case pursuant to 28 U.S.C. § 636(c). For the convenience of the parties the clerk is **ORDERED** to forward to plaintiff and defendant a "Consent to Proceed Before **United States Magistrate Judge Christina A. Bryan**" form with each party's copy of this Order.

**SIGNED** at Houston, Texas, on this the 9th day of June, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE