IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Ernesto Simpson, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. H-25-2528 |
| PCF Properties in Texas, LLC, | | |
| Defendant. | | |

**CONSENT TO PROCEED BEFORE**
**UNITED STATES MAGISTRATE JUDGE CHRISTINA. BRYAN**
(CIVIL CASE)

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to this action waive their rights to proceed before a district judge of the court and consent to have **United States Magistrate Judge Christina A. Bryan** conduct all further proceedings in the case, including hearings and rulings on motions, pretrial conferences and trial, and the entry of judgment. <u>All parties</u> must execute this form.

_____ for _____

_____ for _____

_____ for _____

_____ for _____

<u>ORDER OF REFERENCE</u>

It is ORDERED that the Clerk of Court reassign this action to **United States Magistrate Judge Christina A. Bryan** to conduct all further proceedings, including hearings and rulings on motions, pretrial conferences and trial, and the entry of final judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

_____                    _____
          DATE                                                          SIM LAKE
                                                            UNITED STATES DISTRICT JUDGE