# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| SIMPSON, ERNESTO, *Plaintiffs* | § § § |
| vs. | § § § CIVIL ACTION No. 25-CV-02528 |
| PCF PROPERTIES IN TEXAS LLC *Defendant* | § § § § |

## ORDER ON MOTION TO REMAND

Before the Court is the Plaintiff Ernesto Simpson and Defendant PCF Properties in Texas LLC Joint Remand Motion. Having considered the motion, the Court finds that the motion should be and hereby is **GRANTED**. This case, is hereby **REMANDED** to the County Civil Court at Law No. 2 Harris County, Texas cause No. 1249845, for lack of subject matter jurisdiction and for defects in removal procedure. The Clerk is hereby directed to send a certified copy of this order to the Clerk County Civil Court.

It is so **ORDERED**.

SIGNED on this _____ day of June, 2025.

_____
Hon. Sim Lake
United States District Judge