IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SIMPSON, ERNESTO,<br>*Plaintiffs* | §<br>§<br>§ | CIVIL ACTION No. 25-CV-02528 |
| vs. | §<br>§<br>§ | |
| PCF PROPERTIES IN TEXAS LLC<br>*Defendant* | §<br>§<br>§ | |

WITHHOLD CONSENT TO MAGISTRATE JUDGE

The Plaintiff Ernesto Simpson and Defendant PCF Properties in Texas LLC, jointly withhold consent to Magistrate Judge jurisdiction without any adverse consequences.

Respectfully submitted,

/s/*James M. Andersen*
James M. Andersen
Attorney at Law
Texas State Bar No. 01165850
 P. O. Box 58554
Webster, Texas 77598-8554
Tel. (281)488-2800
Fax. (281)480-4851
Email: jandersen.law@gmail.com

*Attorney for Ernesto Simpson*

/s/*Alzadia Spires*
Alzadia Spires
Attorney at Law
SBN:24099975
Spires Law Firm, P.L.L.C.
17515 Spring Cypress Rd. #C620
 Cypress, Tx 77429
 Phone: (713) 417-4662
EMail: alzadia@spireslawfirm.com

*Attorney for PCF Properties in Texas LLC*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 19, 2025, a copy of the foregoing Motion to Remand was served by email and EFC- Service System on all parties and counsel of record .

/s/James M. Andersen