United States District Court
Southern District of Texas
**ENTERED**
June 20, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SIMPSON, ERNESTO,<br>*Plaintiffs*<br><br>vs.<br><br>PCF PROPERTIES IN TEXAS LLC<br>*Defendant* | §<br>§<br>§ CIVIL ACTION No. 25-CV-02528<br>§<br>§<br>§<br>§<br>§ |

## ORDER ON MOTION TO REMAND

Before the Court is the Plaintiff Ernesto Simpson and Defendant PCF Properties in Texas LLC Joint Remand Motion. Having considered the motion, the Court finds that the motion should be and hereby is **GRANTED**. This case, is hereby **REMANDED** to the County Civil Court at Law No. 2 Harris County, Texas cause No. 1249845, for lack of subject matter jurisdiction and for defects in removal procedure. The Clerk is hereby directed to send a certified copy of this order to the Clerk County Civil Court.

It is so **ORDERED**.

SIGNED on this **20th** day of June, 2025.

Hon. Sim Lake
United States District Judge